**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Larry <br> First name <br><br> Dale <br> Middle name <br><br> Wallace <br> Last name and Suffix (Sr., Jr., II, III) | Devery <br> First name <br><br> M. <br> Middle name <br><br> Wallace <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6507 | xxx-xx-4941 |

Debtor 1    Larry Dale Wallace
Debtor 2    Devery M. Wallace                                                                Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ■ I have not used any business name or EINs.  _____  Business name(s)  _____  EINs | ■ I have not used any business name or EINs.  _____  Business name(s)  _____  EINs |
| **5. Where you live** | 149 Fox Lane  Roxboro, NC 27574  Number, Street, City, State & ZIP Code  Person  County  **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**  _____  Number, Street, City, State & ZIP Code  _____  County  **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ■ I have another reason. Explain. (See 28 U.S.C. § 1408.)  Lives in Middle; Elects to file in EDNC | *Check one:*  ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ■ I have another reason. Explain. (See 28 U.S.C. § 1408.)  Lives in Middle; Elects to file in EDNC |

Debtor 1  Larry Dale Wallace
Debtor 2  Devery M. Wallace                                                  Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  Larry Dale Wallace
Debtor 2  Devery M. Wallace                                    Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  Larry Dale Wallace
Debtor 2  Devery M. Wallace                                    Case number *(if known)*

### Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Larry Dale Wallace
Debtor 2 Devery M. Wallace                                       Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Larry Dale Wallace                          /s/ Devery M. Wallace
Larry Dale Wallace                              Devery M. Wallace
Signature of Debtor 1                           Signature of Debtor 2

Executed on   July  9, 2019                     Executed on   July  9, 2019
              MM / DD / YYYY                                  MM / DD / YYYY

| | |
|---|---|
| Debtor 1   Larry Dale Wallace | |
| Debtor 2   Devery M. Wallace | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ William E. Brewer, Jr.                                        Date    July  9, 2019
Signature of Attorney for Debtor                                         MM / DD / YYYY

William E. Brewer, Jr. 7018
Printed name

Janvier Law Firm, PLLC
Firm name

311 East Edenton Street
Raleigh, NC 27601
Number, Street, City, State & ZIP Code

Contact phone   919-582-2323                    Email address   _____

7018 NC
Bar number & State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: Larry Dale Wallace, Devery M. Wallace, Debtor(s)

Case No.  
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,500.00 |
   | Prior to the filing of this statement I have received | $ 4,500.00 |
   | Balance Due | $ 0.00 |

2. $ 0.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    Payment from personal injury claim from Martin & Jones trust account

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Filing motions to avoid npm security interest in HHG or tools of the trade; filing motions to avoid judical liens;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtor(s) in any dischargeability actions, including student loan discharge issues, and other adversary proceedings: representation of the debtor in contested judicial or npm lien avoidance matters; only contested proceedings concerning the right of the IRS to continue to garnish or offset social security benefits; section 707(b) motions to dismiss, representation of the debtor in contested motions for relief from stay; representation of the debtor in objections to exemptions, filing motions to redeem collateral, 2004 production of documeation, 2004 depositions, assisting the debtor in negotiating reaffirmation agreements; If the debtor(s) chooses to employ the attorney in any of these matters, the debtor shall compensate the attorney at the hourly rate of $350.00 per hour, unless specifically provided for otherwise herein.

   Additionally, filing motions to continue 341 creditors meeting and amended schedules as needed (for which a flat fee of $150.00 shall be paid)

In re  Larry Dale Wallace
       Devery M. Wallace
       Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 9, 2019 | /s/ William E. Brewer, Jr. |
| *Date* | William E. Brewer, Jr. 7018 |
| | *Signature of Attorney* |
| | Janvier Law Firm, PLLC |
| | 311 East Edenton Street |
| | Raleigh, NC 27601 |
| | 919-582-2323  Fax: 866-809-2379 |
| | *Name of law firm* |

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  Larry Dale Wallace
       Devery M. Wallace
                                    Debtor(s)

Case No.
Chapter  7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  July 9, 2019                 /s/ Larry Dale Wallace
                                    Larry Dale Wallace
                                    Signature of Debtor

Date:  July 9, 2019                 /s/ Devery M. Wallace
                                    Devery M. Wallace
                                    Signature of Debtor

AJ'z Auto and Tire
Attn: Managing Agent
405 Old Durham Rd
Roxboro, NC 27573

Alan S. Hicks, P.A.
Attn: Managing Agent
3UnionPlz,205NMainSt
Roxboro, NC 27573

Allpro Insulation
Attn: Managing Agent
100 Jeffrey Way, Ste 100
Youngsville, NC 27596

Ally Financial
Attn: Managing Agent
P.O. Box 380901
Minneapolis, MN 55438

Anderson & Jones
Attn: Managing Agent
PO Box 20248
Raleigh, NC 27609

Bayview Loan Servicing, LLC
Attn: Managing Agent
4425 Ponce DeLeon Blvd., 5th Floor
Miami, FL 33146

Brent W. Groce
3 Union Plaza
205 N. Main St.
Roxboro, NC 27573

Bullock Lumber Company
Attn: Managing Agent
PO Box 129
Roxboro, NC 27573

Cranfill,Sumner,Hartzog
Attn: Managing Agent
PO Box 27808
Raleigh, NC 27611

Credit One Bank
Attn: Managing Agent
PO Box 98873
Las Vegas, NV 89193-8873

Davis Ambulatory Surgical Center
Attn: Managing Agent
120 East Carver Street
Durham, NC 27704-2700

Double D Enterprises of Durham,LLC
Attn: Managing Agent
7 Spreadking Oak Ct.
Durham, NC 27713

Dreamworks Motorsports
Attn: Managing Agent
707 Leasburg Rd
Roxboro, NC 27573

Durham County Hospital
Attn: Managing Agent
5213 South Alston Ave
Durham, NC 27713

Emergency Converage Corporation
Attn: Managing Agent
PO Box 636019
Cincinnati, OH 45263-6019

Bryan Glei
250 Whitetail Ln
Leasburg, NC 27291

Donald Godsey
Attn: Managing Agent
1231 Elwood Ct.
Burlington, NC 27217

Mary Gorman & Odiss McGrew
Attn: Managing Agent
241 Thomas Ruffin St.
Hillsborough, NC 27278

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

John Cortin
117 N. Churton St.
Hillsborough, NC 27278

King Law Group, PLLC
Attn: Wells P. King
300 South Main Street,POBox1195
Roxboro, NC 27573

Kiser Exterminating, Inc
Attn: Managing Agent
98 Lake Shore Rd.
Roxboro, NC 27573

L&D Performance
Attn: Managing Agent
1071 Leasburg Rd.
Roxboro, NC 27573

Longleaf Law Partners
Attn: Benjamin Worley
2235 Gateway Access Point
Raleigh, NC 27607

Mak Electric Inc
Attn: Managing Agent
401 Appaloosa Trail
Bahama, NC 27503

Matts Trucking
Attn: Managing Agent
711 Leasburg Rd., #87
Roxboro, NC 27573

Gerald & Margaret McKeon
3613 Penhurst Place
Raleigh, NC 27613

Steve & Barbara Menchaca
Attn:  Managing Agent
5141 Sourwood Rd.
Durham, NC 27712

Michael Kajcienski
Attn:  Managing Agent
401 Appaloosa Trail
Bahama, NC 27503

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Charlie Palmer
114 S. Morgan St.
Roxboro, NC 27573

Person County EMS
Attn:  Managing Agent
216 W. Barden Street
Roxboro, NC 27573

Personal Memorial Hospital
Attn:  Managing Agent
615 Ridge Road
Roxboro, NC 27573

Quality Electric Co Inc.
Attn: Managing Agent
3033 Wake Forest Highway
Durham, NC 27703

Rav Const, LLC
Attn: Managing Agent
722 Peyton Ave
Durham, NC 27703-5634

Residential Engineering Svcs, PA
Attn: Managing Agent
204 W. Main St.
Gibsonville, NC 27249

Santander Consumer USA
Attn: Managing Agent
P.O. Box 961245
Fort Worth, TX 76161-1245

Smith 4ServicesInc(SmithInsulation)
Attn: Managing Agent
625 Otis Burrows Rd
Louisburg, NC 27549-8654

Superior Walls Systems, LLC
Attn: Managing Agent
3570 S Main St
Salisbury, NC 28147-7909

Talbert Building Supply, Inc.
Attn: Managing Agent
1101 Old Durham Rd
Roxboro, NC 27573

Talbots
Attn: Managing Agent
PO Box 182273
Columbus, OH 43218-2273

Robert Stillman Tate
Attn:  Managing Agent
308 12th St.
Butner, NC 27509

Taylor Printing
Attn: Managing Agent
PO Box 681,115 Clayton Ave
Roxboro, NC 27573

Joyce Theresa Tyler
Attn:  Managing Agent
4 Hendricks Ct.
Durham, NC 27707

James Walton
Attn:  Managing Agent
3444 Virgilina Road
Roxboro, NC 27574

Wells Fargo
Attn: Managing Agent
P.O. Box 51193
Los Angeles, CA 90051-5493

Wells Fargo Home Mortgage
Attn: Managing Agent
P.O. Box 10335
Des Moines, IA 50306-0335

Sandra F. Williamson
Attn:  Managing Agent
707 New St.
Graham, NC 27253

Tony Winstead
c/o James W. Tolin, Jr.
112 S. Main St.
Roxboro, NC 27573

Woody Electric
Attn: Managing Agent
262 Bushy Fork Rd
Hurdle Mills, NC 27541